### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| FAIRLAWN CEMETERY ASSOCIATION OF OKLAHOMA CITY, OKLAHOMA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-21-1150-D |
| SENTINEL INSURANCE COMPANY, LTD., | ) ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Defendant Sentinel Insurance Company, Ltd.'s Motion to Dismiss [Doc. No. 10]. After Defendant filed the instant motion, Plaintiff filed an Amended Complaint [Doc. No. 13]. Defendant subsequently filed its Answer [Doc. No. 14]. The filing of the amended pleading mooted any pending motion to dismiss. *See, e.g., Essex Ins. Co. v. Sheppard & Sons Constr., Inc.*, No. CIV-12-1022-D, 2015 WL 11752917, at *10 (W.D. Okla. July 9, 2015).

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss [Doc. No. 10] is **DENIED AS MOOT**.

**IT IS SO ORDERED** this 15th day of April, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge